# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BRIDGESTONE BRANDS, LLC, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>HASSAN DASTGAH,<br><br>   Defendant. | Case No. 16-cv-00906-BLF<br><br>**ORDER SETTING HEARING FOR MARCH 17, 2016 AT 2:30 P.M. ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Before the Court is Plaintiffs' motion for a temporary restraining order.  ECF 11.  Defendant Hassan Dastgah shall file any opposition to Plaintiffs' motion **by March 9, 2016.**  Plaintiffs shall file any reply **by March 14, 2016 at 12:00 p.m.**  The Court SETS a hearing on the motion for March 17, 2016 at 2:30 p.m. in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: February 29, 2016

_/s/ Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge