UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRIDGESTONE BRANDS, LLC, et al.,

        Plaintiffs,

  v.

HASSAN DASTGAH,

        Defendant.

Case No. 5:16-cv-00906-BLF

**CASE MANAGEMENT ORDER**

On 06/02/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | 07/15/2016 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | 12/09/2016 |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 02/02/2017 at 9:00 am |
| Final Pretrial Conference | 04/06/2017 at 1:30 pm |
| Trial | 04/24/2017 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the parties are referred to Judge Cousins for
6  settlement.

Dated:  June 02, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2